396 A.2d 852

Commonwealth v. Ramsey, Appellant.

 Submitted December 6, 1977. Calvin S. Drayer, Jr., for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

634

SPAETH, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.